UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJED ADI,

    Plaintiff,

v.

BAYER CORPORATION,

    Defendant.

Case No. 2:05 CV 74548

Honorable Victoria A. Roberts

---

| | |
|---|---|
| CHRISDON F. ROSSI (P59305) | SUSAN ARTINIAN (P28680) |
| LAW OFFICES OF GARY A. ROSSI PLLC | KEVIN M. ZIELKE (P53872) |
| Attorneys for Plaintiff | DYKEMA GOSSETT PLLC |
| 42505 Woodward Avenue / Suite 200 | Attorneys for Defendant |
| Bloomfield Hills, MI 48304 | 400 Renaissance Center |
| (248) 858-2443 | Detroit, MI 48243 |
| | (313) 568-6908 |

## SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF MAJED ADI

### NOTICE

    To:    Clerk of the Court
             United States District Court
             Eastern District Of Michigan-Southern Division
             Theodore Levin United States Courthouse
             231 W. Lafayette Blvd.
             Detroit, MI 48226

PLEASE TAKE NOTICE that the Law Offices of Gary Rossi, PLLC, substitutes for Monaghan, LoPrete, McDonald, Yakima, Grenke & McCarthy as counsel for Plaintiff, Majed Adi, in the above captioned proceeding before this Honorable Court.

                LAW OFFICES OF GARY ROSSI, PLLC

            By:    /s/ Chrisdon F. Rossi
                   CHRISDON F. ROSSI (P59305)
                   42505 Woodward Ave., Suite 200
                   Bloomfield Hills, Michigan 48304
                   (248) 642-5770

Dated: October 19, 2006

**CONSENT**

I, Thomas J. McCarthy, on behalf of Monaghan, LoPrete, McDonald, Yakima, Grenke & McCarthy, consent to the substitution of the above attorneys in above captioned proceeding.

                                        MONAGHAN, LoPRETE, McDONALD,
                                        YAKIMA, GRENKE & McCARTHY

                     By:      /s/ Thomas J. McCarthy
                                        THOMAS J. McCARTHY
                                        40700 Woodward, Suite A
                                        Bloomfield Hills, Michigan 48013
                                        (248) 642-5770

Dated: October 23, 2006

**ORDER**

At a session of said Court held in the United States District Court, Eastern District of Michigan-Southern Division, in the City of Detroit, in the State of Michigan, on

October 23, 2006

PRESENT: Hon. Victoria A. Roberts

IT IS SO ORDERED.

Dated: October 23, 2006                             S/Victoria A. Roberts
                                                         U.S. DISTRICT COURT JUDGE